IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
THE CINCINNATI INSURANCE    )
COMPANY,                    )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )       1:14cv371-MHT
                            )            (WO)
LEWIS & ASSOCIATES          )
CONSTRUCTION COMPANY, INC., )
and STARLA LEWIS,           )
                            )
    Defendants.             )
```

### JUDGMENT

Because, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion for consent judgment (Doc. No. 11) is granted.

(2) Final judgment, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, is entered in favor of plaintiff Cincinnati Insurance Company

and against defendant Lewis & Associates Construction Company, Inc.

(3) Plaintiff Cincinnati Insurance Company shall have and recover from defendant Lewis & Associates Construction Company, Inc., the sum of $2,018,778.00 for which execution may issue. Defendant Lewis & Associates Construction Company, Inc. is terminated as a party.

(4) It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 54(b) and Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, for it still remains pending against defendant Starla Lewis.

DONE, this the 18th day of August, 2014.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE