```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


THE CINCINNATI INSURANCE    )
COMPANY,                    )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )        1:14cv371-MHT
                            )            (WO)
STARLA LEWIS,               )
                            )
     Defendant.             )
```

                            JUDGMENT

Defendant Starla Lewis having made a suggestion of bankruptcy (doc. no. 15), it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Starla Lewis is dismissed and terminated without prejudice to the right of any party to petition to reinstate this defendant as a party to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

(2) That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated

to relate back to the original filing date of this action against said party; and

    (3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.

    The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

    This case is closed.

    DONE, this the 7th day of November, 2014.

                          /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE