IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) LEWIS & ASSOCIATES ) CONSTRUCTION COMPANY, ) INC., ) ) Defendant. ) | CIVIL ACTION NO. 1:14cv371-MHT (WO) |

ORDER GRANTING REVIVAL OF JUDGMENT

This cause is before the court on plaintiff Cincinnati Insurance Company's ("Cincinnati") motion for revival of judgment (Doc. 17), filed on August 16, 2024. According to the certificate of service (Doc. 17 at 3), Cincinnati attempted to serve the motion on defendant Lewis & Associates Construction Company, Inc., at its last known address, and on its last known counsel and registered agent. The court ordered the defendant to respond to the motion by September 17,

2024, and had the order mailed to the addresses provided in the certificate of service, but no response to the motion was filed.

Upon consideration of the motion, the supporting affidavit of Michael F. Fox (Doc. 17-2), and the entire record in this case, the court finds that defendant Lewis & Associates Construction Company, Inc. (the "Judgment Debtor") is a judgment debtor of Cincinnati pursuant to the judgment entered August 18, 2014 (Doc. 14), a copy of which is attached hereto as Exhibit A (the "Judgment"); and that as of today's date, the Judgment remains unsatisfied by the Judgment Debtor in the principal balance of $ 1,828,498.24.  Based on these facts, and having heard no opposition to the motion, the court concludes that the motion should be granted.

Accordingly, pursuant to Federal Rule of Civil Procedure 69(a) and Code of Alabama (1975) § 6-9-192, it is ORDERED that:

(1) The motion for revival of judgment (Doc. 17) is

granted.

(2) The August 18, 2014, Judgment (Doc. 14) is revived for a period of ten years.

This case remains closed.

DONE, this the 30th day of October, 2024.

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**