IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:14cv371-MHT (WO) |
| LEWIS & ASSOCIATES CONSTRUCTION COMPANY, INC., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that the motion to remove from service list (Doc. 22) is denied as moot. The filer, attorney E.J. Saad, was served by the court on only one occasion at the suggestion of plaintiff's counsel, as means of contacting defendant Lewis & Associates Construction Company, Inc., and Saad is not on the court's permanent service list for this case.

DONE, this the 30th day of October, 2024.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE